FISHER, Respondent, v. BOECHER, Appellant.

(City Court of New York, General Term.    October 20, 1893.)

Action by Henry J. Fisher against Gertrude Boecher.

A. H. Berrick, for appellant.

Wensley & Gilroy, for respondent.

NEWBURGER, J.    This action was brought by one of two sureties against his cosurety to recover one-half of the amount paid by plaintiff upon the breach of the condition of an undertaking, which he and his cosurety, the defendant, executed.    After the finding of the undertaking, a judgment was recovered against the defendant in said action.    Subsequently an action was brought against the sureties upon the undertaking in question to recover the amount of such judgment, and thereupon the plaintiff herein paid the sum, with interest and costs, and brought his action to recover one-half of the judgment paid by him.    The cause was tried, and, the defendant not offering any evidence, the court directed a verdict for the amount claimed, and from the judgment entered thereon this appeal is taken.    The trial justice properly denied defendant's motion to dismiss the complaint, and the exception thereto was without merit.    Judgment must therefore be affirmed, with costs.    All concur.

HENRY, Respondent, v. HOUSTON, W. ST. & P. FERRY R. CO., Appellant.

(City Court of New York, General Term.    October 20, 1893.)

Action by Thomas E. Henry against the Houston, West Street & Pavonia Ferry Railroad Company.

Coudert Bros., for appellant.

John B. Humphreys, for respondent.

NEWBURGER, J.    This action was brought to recover damages for injuries received by plaintiff while in the employ of defendant.    A careful examination of the case fails to disclose any valid exception.    Judgment affirmed, with costs.

LIVINGSTON et al. v. LAWRENCE.

(City Court of New York, General Term.    October 20, 1893.)

Action by John Livingston and others against Percy N. Lawrence.    From a judgment entered on a verdict directed in favor of plaintiffs, defendant appeals.

Argued before EHRLICH, C. J., and NEWBURGER and McCARTHY, JJ.

E. Benneville, for appellant.

Weekes Bros., for respondents.

EHRLICH, C. J.    There was no allegation of fraud, nor of rescission therefor, and no allegation that the defendant had vacated or surrendered the premises, and the matters sought to be proved did not rise to the dignity of an eviction or defense.    For these reasons, the judgment appealed from must be affirmed, with costs.    All concur.